LIFE INSURANCE COMPANY OF NORTH AMERICA
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192-2235
(800) 732-1603          TDD (800) 552-5744
**A STOCK INSURANCE COMPANY**

GROUP POLICY

| | |
|---|---|
| **POLICYHOLDER:** | Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America |
| **POLICY NUMBER:** | LK-980154 |
| **POLICY EFFECTIVE DATE:** | January 1, 2011 |
| **POLICY ANNIVERSARY DATE:** | January 1 |

This Policy describes the terms and conditions of coverage.  It is issued in Massachusetts and shall be governed by its laws.  The Policy goes into effect on the Policy Effective Date, 12:01 a.m. at the Policyholder's address.

In return for the required premium, the Insurance Company and the Policyholder have agreed to all the terms of this Policy.

TL-004700

O/O v-2

## TABLE OF CONTENTS

SCHEDULE OF BENEFITS ............................................................................................ 1

SCHEDULE OF BENEFITS FOR CLASS 1 ................................................................... 2

SCHEDULE OF BENEFITS FOR CLASS 2 ................................................................... 5

SCHEDULE OF BENEFITS FOR CLASS 3 ................................................................... 8

SCHEDULE OF BENEFITS FOR CLASS 4 ................................................................. 11

ELIGIBILITY FOR INSURANCE .............................................................................. 14

EFFECTIVE DATE OF INSURANCE ......................................................................... 14

TERMINATION OF INSURANCE .............................................................................. 14

CONTINUATION OF INSURANCE ............................................................................ 15

DESCRIPTION OF BENEFITS ................................................................................... 17

EXCLUSIONS .............................................................................................................. 22

CLAIM PROVISIONS ................................................................................................. 22

ADMINISTRATIVE PROVISIONS ............................................................................ 24

GENERAL PROVISIONS ............................................................................................ 25

DEFINITIONS .............................................................................................................. 26

CIVIL UNION RIDER ................................................................................................. 30

DOMESTIC PARTNER/CIVIL UNION PARTNER RIDER ...................................... 31

STATE MODIFYING PROVISIONS AMENDMENT RIDER ................................... 33

## SCHEDULE OF BENEFITS

**Re-Issue Date:**

June 1, 2018.  This Policy reflects the terms and conditions of coverage applicable on this date. References throughout the Policy to the Policy Effective Date mean the original effective date of the Policy.  If this Policy includes an Active Service requirement and an insured person is not in Active Service on the Re-issue Date, coverage for the insured person will be determined based on the terms of the Policy in effect on the day prior to the Re-issue Date until the date the insured person returns to Active Service.

**Premium Due Date:**   The last day of each month

**Classes of Eligible Employees**

On the pages following the definition of eligible employees there is a Schedule of Benefits for each Class of Eligible Employees listed below.  For an explanation of these benefits, please see the Description of Benefits provision.

If an Employee is eligible under one Class of Eligible Employees and later becomes eligible under a different Class of Eligible Employees, changes in his or her insurance due to the class change will be effective on the date of the change in class.

| | |
|---|---|
| Class 1 | All active, Full-time Employees of the Employer regularly working a minimum of 30 hours per week, excluding Employees working in San Francisco, CA, New York Dialysis Services, Inc. (NYDS) Employees of the Employer regularly working a minimum of 20 hours per week who were covered under the prior plan as of December 31, 2010, and Physicians who (i) regularly work at least 30 hours per week in either a joint venture or a clinic managed by a joint venture management service organization (in either case where a portion of such joint venture is owned by the Employer), and (ii) due to their ownership interest in such joint venture are "self-employed individuals" within the meaning of Code section 401(c)(1)(B), and (iii) are eligible for Employer-sponsored fringe benefits under the terms of their Physician Employment and Medical Director Agreement. |
| Class 2 | All active, Full-time Employees of the Employer working in San Francisco, CA and regularly working a minimum of 30 hours per week. |
| Class 3 | All active New York Dialysis Services, Inc. (NYDS) Employees of the Employer regularly working a minimum of 20 hours per week who were covered under the Prior Plan as of December 31, 2010. |
| Class 4 | All Physicians who (i) regularly work at least 30 hours per week in either a joint venture or a clinic managed by a joint venture management service organization (in either case where a portion of such joint venture is owned by the Employer), and (ii) due to their ownership interest in such joint venture are "self-employed individuals" within the meaning of Code section 401(c)(1)(B), and (iii) are eligible for Employer-sponsored fringe benefits under the terms of their Physician Employment and Medical Director Agreement. |

## SCHEDULE OF BENEFITS FOR CLASS 1

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:     After 60 days of Active Service

For Employees hired after the Policy Effective Date:     After 30 days of Active Service

Employees who are rehired within 31 days of their termination date will be given credit for any time already satisfied towards the Eligibility Waiting Period.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.     unable to perform the material duties of his or her Regular Occupation; and
2.     unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.     unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.     unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Covered Earnings for Pay for Treatment Employees**
Covered Earnings for Pay for Treatment Employees means 24 Treatments times the Treatment Rate times 47 weeks divided by 12 months.

Exceptions for the pay per treatment rates:

Base pay rate will be used to calculate Covered Earnings for acute facility and hospital employees who are paid on a per treatment basis.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins.  It includes earnings received from commissions and bonuses, but not overtime pay or other extra compensation.  Covered Earnings are determined initially on the date an Employee applies for coverage.  A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

Commissions and bonuses will be averaged for the 12 months just prior to the date Disability begins, or the months employed, if less than 12 months.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 180 days |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |

| | |
|---|---|
| **Maximum Disability Benefit** | $10,000 per month |
| **Minimum Disability Benefit** | $50 per month |

**Disability Benefit Calculation**

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits and the Return to Work Incentive.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.  Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*

During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:

1.  Add the Employee's Gross Disability Benefit and Disability Earnings.
2.  Compare the sum from 1. to the Employee's Indexed Earnings.
3.  If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.  The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits.
5.  If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Benefit Waiting Period: | After 3 Monthly Benefits are payable. |
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
| --- | --- |
| Under Age 60 | To Age 65 |
| Age 60 but less than 65 | 60 months |
| Age 65 but less than 70 | To Age 70, but not less than 12 months |
| Age 70 and Over | 12 months |

**Initial Premium Rates**

$.430 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

TL-004774

4

## SCHEDULE OF BENEFITS FOR CLASS 2

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:                    After 60 days of Active Service

For Employees hired after the Policy Effective Date:                           After 30 days of Active Service

Employees who are rehired within 31 days of their termination date will be given credit for any time already satisfied towards the Eligibility Waiting Period.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.   unable to perform the material duties of his or her Regular Occupation; and
2.   unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.   unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.   unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Covered Earnings for Pay for Treatment Employees**
Covered Earnings for Pay for Treatment Employees means 24 Treatments times the Treatment Rate times 47 weeks divided by 12 months.

Exceptions for the pay per treatment rates:

Base pay rate will be used to calculate Covered Earnings for acute facility and hospital employees who are paid on a per treatment basis.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins.  It includes earnings received from commissions and bonuses, but not overtime pay or other extra compensation.  Covered Earnings are determined initially on the date an Employee applies for coverage.  A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

Commissions and bonuses will be averaged for the 12 months just prior to the date Disability begins, or the months employed, if less than 12 months.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 180 days |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |

| | |
|---|---|
| **Maximum Disability Benefit** | $10,000 per month |
| **Minimum Disability Benefit** | $50 per month |

**Disability Benefit Calculation**

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits and the Return to Work Incentive.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.  Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*

During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:

1. Add the Employee's Gross Disability Benefit and Disability Earnings.
2. Compare the sum from 1. to the Employee's Indexed Earnings.
3. If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4. The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits.
5. If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Benefit Waiting Period: | After 3 Monthly Benefits are payable. |
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

6

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
| --- | --- |
| Under Age 60 | To Age 65 |
| Age 60 but less than 65 | 60 months |
| Age 65 but less than 70 | To Age 70, but not less than 12 months |
| Age 70 and Over | 12 months |

**Initial Premium Rates**

$.430 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

TL-004774

## SCHEDULE OF BENEFITS FOR CLASS 3

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:                    After 60 days of Active Service

For Employees hired after the Policy Effective Date:                    After 30 days of Active Service

Employees who are rehired within 31 days of their termination date will be given credit for any time already satisfied toward the Eligibility Waiting Period.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.    unable to perform the material duties of his or her Regular Occupation; and
2.    unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.    unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.    unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Covered Earnings for Pay for Treatment Employees**
Covered Earnings for Pay for Treatment Employees means 24 Treatments times the Treatment Rate times 47 weeks divided by 12 months.

Exceptions for the pay per treatment rates:

Base pay rate will be used to calculate Covered Earnings for acute facility and hospital employees who are paid on a per treatment basis.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. It includes earnings received from commissions and bonuses, but not overtime pay or other extra compensation. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

Commissions and bonuses will be averaged for the 12 months just prior to the date Disability begins, or the months employed, if less than 12 months.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

**Elimination Period**                    180 days

**Gross Disability Benefit**                    The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit.

8

| | |
|---|---|
| **Maximum Disability Benefit** | $10,000 per month |
| **Minimum Disability Benefit** | $50 per month |

**Disability Benefit Calculation**

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits and the Return to Work Incentive.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.  Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

> *Return to Work Incentive*
> During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.
>
> The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:
>
> 1.    Add the Employee's Gross Disability Benefit and Disability Earnings.
> 2.    Compare the sum from 1. to the Employee's Indexed Earnings.
> 3.    If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
> 4.    The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits.
> 5.    If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits.
>
> After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits and 50% of Disability Earnings.
>
> No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Benefit Waiting Period: | After 3 Monthly Benefits are payable. |
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Under Age 60 | To Age 65 |
| Age 60 but less than 65 | 60 months |
| Age 65 but less than 70 | To Age 70, but not less than 12 months |
| Age 70 and Over | 12 months |

**Initial Premium Rates**

$.430 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made. However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

TL-004774

## SCHEDULE OF BENEFITS FOR CLASS 4

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:        After 60 days of Active Service

For Employees hired after the Policy Effective Date:        After 30 days of Active Service

Employees who are rehired within 31 days of their termination date will be given credit for any time already satisfied towards the Eligibility Waiting Period.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.        unable to perform the material duties of his or her Regular Occupation; and
2.        unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.        unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.        unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Covered Earnings for Pay for Treatment Employees**
Covered Earnings for Pay for Treatment Employees means 24 Treatments times the Treatment Rate times 47 weeks divided by 12 months.

**Definition of Covered Earnings**
Covered Earnings means an Employee's wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. It includes earnings received from commissions and bonuses, but not overtime pay or other extra compensation. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

Commissions and bonuses will be averaged for the 12 months just prior to the date Disability begins, or the months employed, if less than 12 months.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

| | |
|---|---|
| **Elimination Period** | 180 days |
| **Gross Disability Benefit** | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| **Maximum Disability Benefit** | $10,000 per month |
| **Minimum Disability Benefit** | $50 per month |

**Disability Benefit Calculation**

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits and the Return to Work Incentive. Monthly Benefits are based on a 30-day month. The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits. During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive. Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

> *Return to Work Incentive*
> During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.
>
> The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:
>
> 1. Add the Employee's Gross Disability Benefit and Disability Earnings.
> 2. Compare the sum from 1. to the Employee's Indexed Earnings.
> 3. If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
> 4. The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits.
> 5. If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits.
>
> After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits and 50% of Disability Earnings.
>
> No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Benefit Waiting Period: | After 3 Monthly Benefits are payable. |
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Under Age 60 | To Age 65 |
| Age 60 but less than 65 | 60 months |
| Age 65 but less than 70 | To Age 70, but not less than 12 months |
| Age 70 and Over | 12 months |

**Initial Premium Rates**

$.430 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

TL-004774

## ELIGIBILITY FOR INSURANCE

An Employee in one of the Classes of Eligible Employees shown in the Schedule of Benefits is eligible to be insured on the Policy Effective Date, or the day after he or she completes the Eligibility Waiting Period, if later.  The Eligibility Waiting Period is the period of time the Employee must be in Active Service to be eligible for coverage.  It will be extended by the number of days the Employee is not in Active Service.

Except as noted in the Reinstatement Provision, if an Employee terminates coverage and later wishes to reapply, or if a former Employee is rehired, a new Eligibility Waiting Period must be satisfied.  An Employee is not required to satisfy a new Eligibility Waiting Period if insurance ends because he or she is no longer in a Class of Eligible Employees, but continues to be employed and within 31 days becomes a member of an eligible class.

TL-004710

## EFFECTIVE DATE OF INSURANCE

An Employee will be insured on the date he or she becomes eligible, if the Employee is not required to contribute to the cost of this insurance.

If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

TL-004712

## TERMINATION OF INSURANCE

An Employee's coverage will end on the earliest of the following dates:
1.       the date the Employee is eligible for coverage under a plan intended to replace this coverage;
2.       the date the Policy is terminated;
3.       the date the Employee is no longer in an eligible class;
4.       the day after the end of the period for which premiums are paid;
5.       the date the Employee is no longer in Active Service;
6.       the date benefits end for failure to comply with the terms and conditions of the Policy.

Disability Benefits will be payable to an Employee who is entitled to receive Disability Benefits when the Policy terminates, if he or she remains disabled and meets the requirements of the Policy.  Any period of Disability, regardless of cause, that begins when the Employee is eligible under another group disability coverage provided by any employer, will not be covered.

TL-007505.00

## CONTINUATION OF INSURANCE

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service. Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  Premiums for the Employee will be waived while Disability Benefits are payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever occurs first.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 6 months, if the required premium is paid when due.

If an Employee's Active Service ends due to any other leave of absence approved in writing by the Employer prior to the date the Employee ceases work, insurance will continue for an Employee for up to 3 months if the required premium is paid.  An approved leave of absence does not include layoff or termination of employment.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.   the date the Employee's employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

## TAKEOVER PROVISION

This provision applies only to Employees eligible under this Policy who were covered for long term disability coverage on the day prior to the effective date of this Policy under the Prior Plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.  This section A applies to Employees who are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance. If required premium is paid when due, the Insurance Company will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group.  This coverage will be provided until the earlier of the date: (a) the employee returns to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day the employee was not in Active Service.  The Policy will provide this coverage as follows:

    1.  If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
    2.  If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy.  Credit will be given for partial completion under the Prior Plan of Elimination Periods and partial satisfaction of pre-existing condition limitations.

B.  The Elimination Period under this Policy will be waived for a Disability which begins while the Employee is insured under this Policy if all of the following conditions are met:

    1.  The Disability results from the same or related causes as a Disability for which monthly benefits were payable under the Prior Plan;
    2.  Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
    3.  An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
    4.  The Disability begins within 6 months of the Employee's return to Active Service and the Employee's insurance under this Policy is continuous from this Policy's Effective Date.

C.  Except for any amount of benefit in excess of a Prior Plan's benefits, the Pre-existing Condition Limitation will not apply to an Employee covered under a Prior Plan who satisfied the pre-existing condition limitation, if any, under that plan. If an Employee, covered under a Prior Plan, did not fully satisfy the pre-existing condition limitation of that plan, credit will be given for any time that was satisfied under the Prior Plan's pre-existing condition limitation.

    Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

    If benefits are payable under the Prior Plan for the Disability, no benefits are payable under this Policy.

TL-005108

16

## DESCRIPTION OF BENEFITS

The following provisions explain the benefits available under the Policy. Please see the Schedule of Benefits for the applicability of these benefits to each class of Insureds.

**Disability Benefits**

The Insurance Company will pay Disability Benefits if an Employee becomes Disabled while covered under this Policy. The Employee must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy. He or she must provide the Insurance Company, at his or her own expense, satisfactory proof of Disability before benefits will be paid. The Disability Benefit is shown in the Schedule of Benefits.

The Insurance Company will require continued proof of the Employee's Disability for benefits to continue.

**Elimination Period**

The Elimination Period is the period of time an Employee must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

**Disability Benefit Calculation**

The Disability Benefit Calculation is shown in the Schedule of Benefits. Monthly Disability Benefits are based on a 30 day period. They will be prorated if payable for any period less than a month. If an Employee is working while Disabled, the Disability Benefit Calculation will be the Return to Work Incentive.

**Return to Work Incentive**

The Return to Work Incentive is shown in the Schedule of Benefits. An Employee may work for wage or profit while Disabled. In any month in which the Employee works and a Disability Benefit is payable, the Return to Work Incentive applies.

The Insurance Company will, from time to time, review the Employee's status and will require satisfactory proof of earnings and continued Disability.

**Minimum Benefit**

The Insurance Company will pay the Minimum Benefit shown in the Schedule of Benefits despite any reductions made for Other Income Benefits. The Minimum Benefit will not apply if benefits are being withheld to recover an overpayment of benefits.

**Other Income Benefits**

An Employee for whom Disability Benefits are payable under this Policy may be eligible for benefits from Other Income Benefits. If so, the Insurance Company may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:

1.  any amounts received (or assumed to be received\*) by the Employee or his or her dependents under:
    -   the Canada and Quebec Pension Plans;
    -   the Railroad Retirement Act;
    -   any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
    -   any sick leave or salary continuation plan of the Employer;
    -   any work loss provision in mandatory "No-Fault" auto insurance.
2.  any Social Security disability benefits the Employee or any third party receives (or is assumed to receive\*) on his or her own behalf or for his or her dependents; or which his or her dependents receive (or are assumed to receive\*) because of his or her entitlement to such benefits.
3.  any proceeds payable under any franchise or group insurance or similar plan. If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, the Insurance Company will pay for its pro rata share of the total claim. "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
4.  any amounts received (or assumed to be received\*) by the Employee or his or her dependents under any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Sickness arising out of work with the Employer, including all permanent and temporary disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.
5.  any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.

Dependents include any person who receives (or is assumed to receive\*) benefits under any applicable law because of an Employee's entitlement to benefits.

\*See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*

Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating the Employee's Disability Benefits after the first reduction is made for any Other Income Benefits. This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*

Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*

The Insurance Company will assume the Employee (and his or her dependents, if applicable) are receiving benefits for which they are eligible from Other Income Benefits. The Insurance Company will reduce the Employee's Disability Benefits by the amount from Other Income Benefits it estimates are payable to the Employee and his or her dependents.

The Insurance Company will waive Assumed Receipt of Benefits, except for Disability Earnings for work the Employee performs while Disability Benefits are payable, if the Employee:

1.  provides satisfactory proof of application for Other Income Benefits;
2.  signs a Reimbursement Agreement;
3.  provides satisfactory proof that all appeals for Other Income Benefits have been made unless the Insurance Company determines that further appeals are not likely to succeed; and
4.  submits satisfactory proof that Other Income Benefits were denied.

The Insurance Company will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until the Employee actually receives them.

*Social Security Assistance*

The Insurance Company may help the Employee in applying for Social Security Disability Income (SSDI) Benefits, and may require the Employee to file an appeal if it believes a reversal of a prior decision is possible.

The Insurance Company will reduce Disability Benefits by the amount it estimates the Employee will receive, if the Employee refuses to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**

The Insurance Company has the right to recover any benefits it has overpaid. The Insurance Company may use any or all of the following to recover an overpayment:

1.  request a lump sum payment of the overpaid amount;
2.  reduce any amounts payable under this Policy; and/or
3.  take any appropriate collection activity available to it.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

If an overpayment is due when the Employee dies, any benefits payable under the Policy will be reduced to recover the overpayment.

**Successive Periods of Disability**

A separate period of Disability will be considered continuous:

1.  if it results from the same or related causes as a prior Disability for which benefits were payable; and
2.  if, after receiving Disability Benefits, the Employee returns to work in his or her Regular Occupation for less than 6 consecutive months; and
3.  if the Employee earns less than the percentage of Indexed Earnings that would still qualify him or her to meet the definition of Disability/Disabled during at least one month.

Any later period of Disability, regardless of cause, that begins when the Employee is eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of disability which is not considered continuous, the Employee must satisfy a new Elimination Period.

## LIMITATIONS

**Limited Benefit Periods for Mental or Nervous Disorders**
The Insurance Company will pay Disability Benefits on a limited basis during an Employee's lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 12 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)      Anxiety disorders
2)      Delusional (paranoid) disorders
3)      Depressive disorders
4)      Eating disorders
5)      Mental illness
6)      Somatoform disorders (psychosomatic illness)

If, before reaching his or her lifetime maximum benefit, an Employee is confined in a hospital for more than 14 consecutive days, that period of confinement will not count against his or her lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Limited Benefit Periods for Alcoholism and Drug Addiction or Abuse**
The Insurance Company will pay Disability Benefits on a limited basis during an Employee's lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 12 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)      Alcoholism
2)      Drug addiction or abuse

If, before reaching his or her lifetime maximum benefit, an Employee is confined in a hospital for more than 14 consecutive days, that period of confinement will not count against his or her lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Pre-Existing Condition Limitation**

The Insurance Company will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition. A "Pre-existing Condition" means any Injury or Sickness for which the Employee incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 3 months before his or her most recent effective date of insurance.

The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits. This limitation will not apply to a period of Disability that begins after an Employee is covered for at least 12 months after his or her most recent effective date of insurance, or the effective date of any added or increased benefits.

TL-007500.00

## ADDITIONAL BENEFITS

**Rehabilitation During a Period of Disability**

If the Insurance Company determines that a Disabled Employee is a suitable candidate for rehabilitation, the Insurance Company may require the Employee to participate in a Rehabilitation Plan and assessment at our expense. The Insurance Company has the sole discretion to approve the Employee's participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan. The Insurance Company will work with the Employee, the Employer and the Employee's Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.

The Rehabilitation Plan may, at the Insurance Company's discretion, allow for payment of the Employee's medical expense, education expense, moving expense, accommodation expense or family care expense while he or she participates in the program.

If an Employee fails to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

**Survivor Benefit**

The Insurance Company will pay a Survivor Benefit if an Employee dies while Monthly Benefits are payable. The Employee must have been continuously Disabled for the Survivor Benefit Waiting Period before the first benefit is payable. These benefits will be payable for the Maximum Benefit Period for Survivor Benefits.

Benefits will be paid to the Employee's Spouse. If there is no Spouse, benefits will be paid in equal shares to the Employee's surviving Children. If there are no Spouse and no Children, benefits will be paid to the Employee's estate.

"Spouse" means an Employee's lawful spouse. "Children" means an Employee's unmarried children under age 21 who are chiefly dependent upon the Employee for support and maintenance. The term includes a stepchild living with the Employee at the time of his or her death.

TL-005107

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:
1.  the date the Employee earns from any occupation, more than the percentage of Indexed Earnings set forth in the definition of Disability applicable to him or her at that time;
2.  the date the Insurance Company determines he or she is not Disabled;
3.  the end of the Maximum Benefit Period;
4.  the date the Employee dies;
5.  the date the Employee refuses, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;
6.  the date the Employee is no longer receiving Appropriate Care;
7.  the date the Employee fails to cooperate with the Insurance Company in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if the Employee begins to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## EXCLUSIONS

The Insurance Company will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:
1.  suicide, attempted suicide, or self-inflicted injury while sane or insane.
2.  war or any act of war, whether or not declared.
3.  active participation in a riot.
4.  commission of a felony.
5.  the revocation, restriction or non-renewal of an Employee's license, permit or certification necessary to perform the duties of his or her occupation unless due solely to Injury or Sickness otherwise covered by the Policy.
In addition, the Insurance Company will not pay Disability Benefits for any period of Disability during which the Employee is incarcerated in a penal or corrections institution.

TL-007503.00

## CLAIM PROVISIONS

**Notice of Claim**
Written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 31 days after a covered loss occurs or begins or as soon as reasonably possible.  If written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible.  Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent.  Notice should include the Employer's Name, the Policy Number and the claimant's name and address.

**Claim Forms**
When the Insurance Company receives notice of claim, the Insurance Company will send claim forms for filing proof of loss.  If claim forms are not sent within 15 days after notice is received by the Insurance Company, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, of the nature and extent of the loss.

**Claimant Cooperation Provision**
Failure of a claimant to cooperate with the Insurance Company in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**
The Employer is required to cooperate with the Insurance Company in the review of claims and applications for coverage. Any information the Insurance Company provides in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**
Written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 90 days after the date of the loss for which a claim is made. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible. In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given not more than one year after that 90 day period. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is provided outside of these time limits, the claim will be denied. These time limits will not apply while the person making the claim lacks legal capacity.

Written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, that the loss continues must be furnished to the Insurance Company at intervals required by us. Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to the Insurance Company.

**Time of Payment**
Disability Benefits will be paid at regular intervals of not less frequently than once a month. Any balance, unpaid at the end of any period for which the Insurance Company is liable, will be paid at that time.

**To Whom Payable**
Disability Benefits will be paid to the Employee. If any person to whom benefits are payable is a minor or, in the opinion of the Insurance Company, is not able to give a valid receipt, such payment will be made to his or her legal guardian. However, if no request for payment has been made by the legal guardian, the Insurance Company may, at its option, make payment to the person or institution appearing to have assumed custody and support.

If an Employee dies while any Disability Benefits remain unpaid, the Insurance Company may, at its option, make direct payment to any of the following living relatives of the Employee: spouse, mother, father, children, brothers or sisters; or to the executors or administrators of the Employee's estate. The Insurance Company may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release the Insurance Company from all liability for any payment made.

**Physical Examination and Autopsy**
The Insurance Company, at its expense, will have the right to examine any person for whom a claim is pending as often as it may reasonably require. The Insurance Company may, at its expense, require an autopsy unless prohibited by law.

**Legal Actions**

No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, has been furnished as required by the Policy. No such action shall be brought more than 3 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**

If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which the Employee lives when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**

The Insured will have the right to choose any Physician who is practicing legally. The Insurance Company will in no way disturb the Physician/patient relationship.

TL-004724

## ADMINISTRATIVE PROVISIONS

**Premiums**

The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Changes in Premium Rates**

The premium rates may be changed by the Insurance Company from time to time with at least 31 days advance written notice. No change in rates will be made until 60 months after the Effective Date. An increase in rates will not be made more often than once in a 12 month period. However, the Insurance Company reserves the right to change the rates even during a period for which the rate is guarantee, if any of the following events take place.

1.       The Policy terms change.
2.       A division, subsidiary, eligible company, or class is added or deleted.
3.       There is a change of more than 15% in the number of Insureds.
4.       Federal or state laws or regulation affecting benefit obligations change.
5.       Other changes occur in the nature of the risk that would affect the Insurance Company's original risk assessment.
6.       The Insurance Company determines the Employer fails to furnish necessary information.

If an increase or decrease in rates takes place on a date that is not a Premium Due Date, a pro rata adjustment will apply from the date of the change to the next Premium Due Date.

**Reporting Requirements**

The Employer must, upon request, give the Insurance Company any information required to determine who is insured, the amount of insurance in force and any other information needed to administer the plan of insurance.

**Payment of Premium**

The first premium is due on the Policy Effective Date. After that, premiums will be due monthly unless the Employer and the Insurance Company agree on some other method of premium payment.

If any premium is not paid when due, the plan will be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Notice Of Cancellation**
The Employer or the Insurance Company may cancel the policy as of any Premium Due Date by giving 31 days advance written notice. If a premium is not paid when due, the Policy will automatically be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Policy Grace Period**
A Policy Grace Period of 31 days will be granted for the payment of the required premiums under this Policy. This Policy will be in force during the Policy Grace Period. The Employer is liable to the Insurance Company for any unpaid premium for the time this Policy was in force.

**Reinstatement of Insurance**
An Employee's insurance may be reinstated if it ends because the Employee is on an unpaid leave of absence.

An Employee's insurance may be reinstated only if reinstatement occurs within 31 days from the date insurance ends due to an Employer approved unpaid leave of absence or must be returning from military service pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA). For insurance to be reinstated the following conditions must be met.
1.   An Employee must be in a Class of Eligible Employees.
2.   The required premium must be paid.
3.   A written request for reinstatement must be received by the Insurance Company within 31 days from the date an Employee returns to Active Service.

Reinstated insurance will be effective on the date the Employee returns to Active Service. If an Employee did not fully satisfy the Eligibility Waiting Period or the Pre-Existing Condition Limitation (if any) before insurance ended due to an unpaid leave of absence, credit will be given for any time that was satisfied.

TL-004720 as modified by TL-009960

## GENERAL PROVISIONS

**Entire Contract**
The entire contract will be made up of the Policy, the application of the Employer, a copy of which is attached to the Policy, and the applications, if any, of the Employees.

**Incontestability**
The Policy shall be incontestable after two years from its date of issue, except for non-payment of premiums. The insurance of an Employee shall be incontestable after it has been in force for a period of two years during his or her lifetime. The Insurance Company may not use any statements made by the Employer or an Employee to contest the Policy or an Employee's insurance, unless they are in a written application. Except in case of fraud, such statements are representations and not warranties.

**Misstatement of Age**
If an Employee's age has been misstated, the Insurance Company will adjust all benefits to the amounts that would have been purchased for the correct age.

**Policy Changes**
No change in the Policy will be valid until approved by an executive officer of the Insurance Company. This approval must be endorsed on, or attached to, the Policy. No agent may change the Policy or waive any of its provisions.

**Workers' Compensation Insurance**
The Policy is not in lieu of and does not affect any requirements for coverage under any Workers' Compensation Insurance Law.

**Certificates**
A certificate of insurance will be delivered to the Employer for delivery to Employees. Each certificate will list the benefits, conditions and limits of the Policy. It will state to whom benefits will be paid.

**Assignment of Benefits**
The Insurance Company will not be affected by the assignment of an Employee's certificate until the original assignment or a certified copy of the assignment is filed with the Insurance Company. The Insurance Company will not be responsible for the validity or sufficiency of an assignment. An assignment of benefits will operate so long as the assignment remains in force provided coverage under the Policy is in effect. This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts. This prohibition does not apply where contrary to law.

**Clerical Error**
A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy. If such an error is found, the premium will be adjusted fairly.

**Agency**
The Employer and Plan Administrator are agents of the Employee for transactions relating to insurance under the Policy. The Insurance Company is not liable for any of their acts or omissions.

TL-004726 (MA)

**Certain Internal Revenue Code (IRC) & Internal Revenue Service (IRS) Functions**
The Insurer may agree with the Policyholder to perform certain functions required by the Internal Revenue Code and IRS regulations. Such functions may include the preparation and filing of wage and tax statements (Form W-2) for disability benefit payments made under this Policy. In consideration of the payment of premiums by the Policyholder, the Insurer waives the right to transfer liability with respect to the employer taxes imposed on the Insurer by IRS Regulation 32.1(e)(1) for monthly Disability payments made under this Policy. Employee money may not be used to fund the Premium for the services and payments of this section.

TL-009230.00

## DEFINITIONS

Please note, certain words used in this document have specific meanings. These terms will be capitalized throughout this document. The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Active Service**
An Employee is in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.  The Employee is performing his or her regular occupation for the Employer on a full-time basis. He or she must be working at one of the Employer's usual places of business or at some location to which the employer's business requires an Employee to travel.
2.  The day is a scheduled holiday or vacation day and the Employee was performing his or her regular occupation on the preceding scheduled work day.

An Employee is in Active Service on a day which is not one of the Employer's scheduled work days only if he or she was in Active Service on the preceding scheduled work day.

**Appropriate Care**
Appropriate Care means the Employee:
1.  Has received treatment, care and advice from a Physician who is qualified and experienced in the diagnosis and treatment of the conditions causing Disability.  If the condition is of a nature or severity that it is customarily treated by a recognized medical specialty, the Physician is a practitioner in that specialty.
2.  Continues to receive such treatment, care or advice as often as is required for treatment of the conditions causing Disability.
3.  Adheres to the treatment plan prescribed by the Physician, including the taking of medications.

**Consumer Price Index (CPI-W)**
The Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor.  If the index is discontinued or changed, another nationally published index that is comparable to the CPI-W will be used.

**Disability Earnings**
Any wage or salary for any work performed for any employer during the Employee's Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**
For eligibility purposes, an Employee is an employee of the Employer in one of the "Classes of Eligible Employees."  Otherwise, Employee means an employee of the Employer who is insured under the Policy.

**Employer**
The Policyholder and any affiliates or subsidiaries covered under the Policy.  The Employer is acting as an agent of the Insured for transactions relating to this insurance.  The actions of the Employer shall not be considered the actions of the Insurance Company.

**Full-time**
Full-time means the number of hours set by the Employer as a regular work day for Employees in the Employee's eligibility class.

**Good Cause**
A medical reason preventing participation in the Rehabilitation Plan.  Satisfactory proof of Good Cause must be provided to the Insurance Company.

**Indexed Earnings**
For the first 12 months Monthly Benefits are payable, Indexed Earnings will be equal to Covered Earnings.  After 12 Monthly Benefits are payable, Indexed Earnings will be an Employee's Covered Earnings plus an increase applied on each anniversary of the date Monthly Benefits became payable.  The amount of each increase will be the lesser of:
1.  10% of the Employee's Indexed Earnings during the preceding year of Disability; or
2.  the rate of increase in the Consumer Price Index (CPI-W) during the preceding calendar year.

**Injury**
Any accidental loss or bodily harm which results directly and independently of all other causes from an Accident.

**Insurability Requirement**
An eligible person will satisfy the Insurability Requirement for an amount of coverage on the day the Insurance Company agrees in writing to accept him or her as insured for that amount.  To determine a person's acceptability for coverage, the Insurance Company will require evidence of good health and may require it be provided at the Employee's expense.

**Insurance Company**
The Insurance Company underwriting the Policy is named on the Policy cover page.

**Insured**
A person who is eligible for insurance under the Policy, for whom insurance is elected, the required premium is paid and coverage is in force under the Policy.

**Physician**
Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality. The term does not include an Employee, an Employee's spouse, the immediate family (including parents, children, siblings or spouses of any of the foregoing, whether the relationship derives from blood or marriage), of an Employee or spouse, or a person living in an Employee's household.

**Prior Plan**
The Prior Plan refers to the plan of insurance providing similar benefits sponsored by the Employer in effect directly prior to the Policy Effective Date. A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**
The occupation the Employee routinely performs at the time the Disability begins. In evaluating the Disability, the Insurance Company will consider the duties of the occupation as it is normally performed in the general labor market in the national economy. It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**
A written plan designed to enable the Employee to return to work. The Rehabilitation Plan will consist of one or more of the following phases:
1.  rehabilitation, under which the Insurance Company may provide, arrange or authorize educational, vocational or physical rehabilitation or other appropriate services;
2.  work, which may include modified work and work on a part-time basis.

**Sickness**
Any physical or mental illness.

TL-007500.00 as modified by TL-009980

**Life Insurance Company of North America**
a stock insurance company

Rider to Group Policy No.  LK 980154
Effective Date of Rider:  January 1, 2011

Eligible Classes to which this Rider applies:  All Classes

MODIFICATION OF GROUP DISABILITY POLICY
TO ADD DOMESTIC PARTNER AS AN ELIGIBLE SURVIVOR UNDER THE SURVIVOR
BENEFIT

The Survivor Benefit is modified in the Policy as follows:

1.    All references to the term "Spouse" are replaced by "Spouse or Domestic Partner" except for the
      following references:
      a.   The first reference to "Spouse" in the benefit text is changed to "Spouse, or Domestic Partner
           if there is no Spouse,".
      b.   The text pertaining to the definition of "Spouse" remains unchanged.

2.    The following definition of Domestic Partner is added.

      "Domestic Partner" means a person who is registered as the Employee's domestic partner with the
      California Secretary of State.

Except for the above this rider does not change the Policy to which it is attached.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*William J. Smith*

William J. Smith, President

TL-007152-1.05

29

**AMENDATORY RIDER**
**COVERAGE FOR PARTNERS TO A CIVIL UNION**
**(Applicable to Employees Residing in New Jersey)**

Policyholder:   Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America

Policy No.   LK-980154

Effective Date:  May 1, 2012

This rider amends the Policy and Certificate to which it is attached.  It is effective on the Effective Date shown above, and expires when the Policy expires. When attached to a certificate this rider expires at the same time as the certificate, unless it expires at an earlier date.

To obtain insurance for a Partner to a civil union, the Employee must satisfy, with respect to that Partner, the Policy conditions for becoming insured that apply to a Spouse. Coverage for that Partner will end when the civil union is ended as described below, and when coverage for a Spouse would otherwise end.

Survivor benefits for Disability Benefits will be payable as follows: (1) to the Employee's spouse or Partner to a civil union; (2) if there is none, in equal shares to the Employee's surviving Children; or (3) if there are none to the Employee's estate.

**DEFINITION**

"Partner to a Civil Union" means:

1) A person who has entered into a Civil Union with the Employee under the laws of the State of New Jersey.
2) A person who has entered into a same sex relationship outside of New Jersey which is valid under the law of another state or foreign nation that provides substantially all of the rights and benefits of marriage.

Such person will continue to be recognized as a Partner to a Civil Union unless and until: (1) the Civil Union is dissolved under applicable law; or (2) either the Employee or the Partner to a Civil Union marries another person.

Except for the above this rider does not change the Policy or Certificate to which it is attached.

Life Insurance Company of North America

*William J. Smith*

William J. Smith, President

TL-009220.31

30

**AMENDATORY RIDER**
**DOMESTIC PARTNER/CIVIL UNION PARTNER COVERAGE**

Policy No. LK-980154 .                                    Effective Date:  June 1, 2018

This rider amends the Policy and Certificate to which it is attached.  It is effective on the Effective Date shown above, and expires when the Policy expires.

A.    Domestic Partner/Civil Union Partner means any of the following:

1.    A person with whom the Employee has a registered civil union or domestic partnership under state law which imposes legal obligations on the parties substantially similar to marriage.  Such person will continue to be recognized as a Domestic Partner or Civil Union Partner unless and until:  (1) the civil union or domestic partnership is dissolved under applicable law; or (2) either the Employee or the Domestic Partner/Civil Union Partner marries another person.

2.    A person meeting all of the following requirements, with respect to an Employee:

   a.    Shares a permanent residence with the Employee;
   b.    Has resided with the Employee for at least 6 months and is expected to continue to reside with the Employee indefinitely;
   c.    Has not been legally  married to any other person within the previous six months,  and has no Domestic Partner other than the Employee during the previous six months, and is the Employee's sole Domestic Partner;
   d.    Has signed a Domestic Partner declaration with the Employee, if the Employee resides in a jurisdiction which provides for Domestic Partner declarations;
   e.    Has not signed a Domestic Partner declaration with any other person within the last 6 months;
   f.    Is interdependent with the Employee in three or more of the following ways:
      1.    Both partners are registered under any municipal ordinance as domestic partners.
      2.    Both partners are jointly parties to a lease, mortgage or deed.
      3.    Both partners jointly own one or more motor vehicles.
      4.    Both partners jointly own one or more bank or credit accounts.
      5.    The Employee has named the Domestic Partner as attorney-in-fact under a durable power of attorney with authority over health care decisions.
      6.    The Employee has designated the Domestic Partner as beneficiary under a retirement plan or a life insurance policy.
      7.    The Employee has designated the Domestic Partner as beneficiary of the Employee's will.
      8.    Each partner has agreed in writing to assume the financial responsibility for the welfare of the other.
   g.    Is not so closely related by blood to the Employee as to prohibit legal marriage in their state of residence;
   h.    Is no less than 18 years of age.

The Employee and Domestic Partner must furnish the Employer and Insurance Company with a signed declaration that the above requirements are met, and an agreement to notify the Employer and Insurance Company if the requirements cease to be met, on a form acceptable to the Employer and Insurance Company.

B.   The Survivor Benefit is modified in the Policy and Certificate as follows:

    1. All references to the term "Spouse" are replaced by "Spouse or Domestic Partner/Civil Union Partner" except for the following references:

       a.   The first reference to "Spouse" in the Survivor Benefit text is changed to "Spouse, or Domestic Partner/Civil Union Partner" if there is no Spouse".

       b.   The text pertaining to the definition of "Spouse" remains unchanged.

C.   Survivor benefits will be payable as follows: (1) to the Employee's spouse or Domestic Partner/Civil Union Partner;   (2) if there is none, in equal shares to the Employee's surviving Children; or (3) if there is none, to the Employee's estate.

D.   A child of a Domestic Partner/Civil Union Partner may only be eligible for benefits if:

    a.   the child is primarily dependent on the Employee for financial support;

    b.   the Employee has a legal obligation of support of the child; or

    c.   the Employee is the child's legal guardian.

Except for the above this rider does not change the Policy or Certificate to which it is attached.

LIFE INSURANCE COMPANY OF NORTH AMERICA

William J. Smith, President

TL-007153

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**1601 CHESTNUT STREET**
**PHILADELPHIA, PA 19192-2235**

## STATE MODIFYING PROVISIONS AMENDMENT RIDER
### Group Disability

Policyholder Name:  Fresenius Medical Care Holdings, Inc. dba
Fresenius Medical Care North America                                Policy No.:  LK-980154

Amendment Effective Date:  June 1, 2018

This amendment is attached to and made part of the Policy/Certificate specified above.  Its provisions are intended to conform this Policy/Certificate to the laws of the state in which the insured resides.

The Policy delivered under the Group Policy is amended as follows:

### IMPORTANT CHANGES FOR STATE REQUIREMENTS

If an Employee resides in one of the following states, the provisions of the certificate are modified for residents of the following states.  The modifications listed apply only to residents of that state.

**Louisiana residents:**

> The percentage of Indexed Earnings, if any, that qualifies an insured to meet the definition of Disability/Disabled may not be less than 80%.

**Minnesota residents:**

> The Pre-existing Condition Limitation, if any, may not be longer than 24 months from the insured's most recent effective date of insurance.

**Texas residents:**

> Any provision offsetting or otherwise reducing any benefit by an amount payable under an individual or franchise policy will not apply.

Life Insurance Company of North America

*William J. Smith*

William J. Smith, President

TL-01-3000.00

33

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PHILADELPHIA, PA 19192-2235**

We, Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America, whose main office address is Waltham, MA, hereby approve and accept the terms of Group Policy Number LK-980154 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate. One part is to be retained by Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America

Signature and Title: _____ Date:_____

(This Copy Is To Be Returned To LIFE INSURANCE COMPANY OF NORTH AMERICA)

-------------------------------------------------------------------------------------------------------------------------

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PHILADELPHIA, PA 19192-2235**

We, Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America, whose main office address is Waltham, MA, hereby approve and accept the terms of Group Policy Number LK-980154 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate. One part is to be retained by Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America

Signature and Title: _____ Date:_____

(This Copy Is To Be Retained By Fresenius Medical Care Holdings, Inc. dba Fresenius Medical Care North America)