UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Paula Duarte, | ) | Court File No. 22-cv-33(WMW/ECW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| Life Insurance Company of North America, | ) ) | |
| | ) | |
| Defendant. | ) | |

_____

The undersigned attorneys hereby notify the Court and counsel that M. Annie Santos, Esq. and Rita Gokhberg, Esq., Hinshaw & Culbertson LLP, shall appear as counsel of record for Defendant Life Insurance Company of North America in this case.

Dated:  March 9, 2022         HINSHAW & CULBERTSON LLP


                              By:   *s/M. Annie Santos*
                                    M. Annie Santos, Reg. No. 0389206
                                    Rita Gokhberg, Reg. No. 0401700
                                    333 South Seventh Street, Suite 2000
                                    Minneapolis, MN  55402
                                    Telephone:  612-333-3434
                                    Fax:  612-334-8888
                                    asantos@hinshawlaw.com
                                    mgokhberg@hinshawlaw.com

                                    ATTORNEYS FOR DEFENDANT LIFE
                                    INSURANCE COMPANY OF NORTH
                                    AMERICA